**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00525-REB-CBS

NICOLE JOKELA,

    Plaintiff,

v.

TARGET CORPORATION, and
ANTHONY DOORS,

    Defendants,

v.

ANTHONY DOORS,

    Third Party Plaintiff,

v.

CARRIER COMMERCIAL REFRIGERATION, INC.,
d/b/a TYLER REFRIGERATION,

    Third Party Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation of Dismissal with Prejudice as to Third Party Defendant Carrier Commercial Refrigeration** [#27][1] filed July 17, 2012. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that **Defendant Anthony Doors' Third Party Complaint** [#12] filed March 6, 2012, should be dismissed with prejudice.

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal with Prejudice as to Third Party Defendant Carrier Commercial Refrigeration** [#27] filed July 17, 2012, is **APPROVED**; and

2. That **Defendant Anthony Doors' Third Party Complaint** [#12] filed March 6, 2012, and all corresponding claims and defenses asserted by the parties are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 18, 2012, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge