**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00525-REB-CBS

NICOLE JOKELA,

    Plaintiff,

v.

TARGET CORPORATION, and
ANTHONY DOORS,[1]

    Defendants,

## ORDER OF DISMISSAL AS TO DEFENDANT, TARGET CORPORATION, ONLY

**Blackburn, J.**

The matter is before the court on the **Stipulated Motion To Dismiss Claims Against Target Corporation With Prejudice** [#30],[2] filed September 24, 2012. After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiff's claims against defendant, Target Corporation should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Claims Against Target Corporation With Prejudice** [#30] filed September 24, 2012, is **GRANTED**;

---

[1] On July 18, 2012, the court approved the parties' **Stipulation of Dismissal with Prejudice as to Third Party Defendant Carrier Commercial Refrigeration** [#27], filed July 17, 2012, and dismissed the third party complaint with prejudice. (**See Order of Dismissal** [#29], filed July 18, 2012.) Accordingly, the case caption has been amended to reflect only the parties remaining in this action.

[2] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That plaintiff's claims against defendant, Target Corporation, are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3. That defendant Target Corporation is **DROPPED** as a named party to this action, and the case caption **AMENDED** accordingly.

Dated September 28, 2012, at Denver, Colorado.

**BY THE COURT:**

*[signature]*
Robert E. Blackburn
United States District Judge